IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MYRTIS PAULO HART,

    Petitioner,

vs.                                                     No. CIV 19-0766 JB\KBM

MARK GALLEGOS,

    Respondent.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed March 28, 2020 (Doc. 15)("MOO"). In the MOO, the Court dismisses without prejudice the Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus, filed August 21, 2019 (Doc. 1). See MOO at 4. With no more claims, issues, or parties before the Court, the Court dismisses this case without prejudice and enters Final Judgment.

**IT IS ORDERED** that: (i) Petitioner Myrtis Paulo Hart's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus, filed August 21, 2019 (Doc. 1), is dismissed without prejudice; and (ii) Final Judgment is entered.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE

*Parties:*

Myrtis Paulo Hart
Hobbs, New Mexico

    *Petitioner pro se*